Submitted on remand from the Oregon Supreme Court December 29, 1993, petition for judicial review dismissed January 19, 1994

In the Matter of the Compensation of
Mary E. Coleman, Claimant.

Mary E. COLEMAN,
*Petitioner,*

*v.*

LAMB-WESTON, INC.,
*Respondent.*

(WCB 90-16879; CA A75971)

865 P2d 506

Eileen G. Simpson argued the cause and filed the brief for petitioner.

Ronald W. Atwood argued the cause for respondent. With him on the brief was Teresa A. Statler.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

## PER CURIAM

This workers' compensation case is on remand from the Supreme Court, *Coleman v. Lamb-Weston, Inc.*, 318 Or 58, 862 P2d 101 (1993), which held that claimant's petition for judicial review was not timely filed. We were without jurisdiction to consider the petition.

Petition for judicial review dismissed.